IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02383-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

RANDY LAWRENCE,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Randy Lawrence filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on February 26, 2014 (ECF No. 34), it is

ORDERED that this action against Randy Lawrence is **DISMISSED WITHOUT PREJUDICE**.

Dated:  February 26, 2014

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge